IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Caroline Tokar, et al.,                                   Case No. 3:24 CV 2255

                          Plaintiffs,              ORDER REQUIRING PRODUCTION
                                                   OF DOCUMENTS FROM SAFE HARBOR
          -vs-                                     DOMESTIC VIOLENCE SHELTER

Todd Corbin, et al.,                               JUDGE JACK ZOUHARY

                          Defendants.


Defendants Sheriff Todd Corbin, Shannon Lyons, Joshua Kaufman and Coty Bravo ("Defendants") previously issued a records subpoena to Safe Harbor Domestic Violence Shelter ("Shelter"). These subpoenaed records, as well as an additional category of records, may be relevant to this pending civil action which involves the whereabouts of the late Amanda Dean during the timeframe of July 2017. This Court is mindful of the confidentiality concerns of the Shelter.

To balance the needs and concerns, this Court will conduct an initial *in camera* review of the following records, which the Court directs the Shelter to produce promptly to this Court for inspection:

- All intake sheets, logs, logbooks, registries, or other documents recording the identity of persons who came to Safe Harbor Domestic Violence Shelter during the month of July 2017 seeking services.

- Phone records of calls received by the Shelter during the month of July 2017, including but not limited to those made by the Huron County Sheriff or any of his staff.

If any of these records do not exist or otherwise are not produced as required by this Order, the Shelter shall provide a written explanation.  For example, advising that certain records have been destroyed, the date destroyed, by whom and the reason.  Responses to this Order may be made to:

The Honorable Jack Zouhary
U.S. District Court – Northern District of Ohio
Ashley U.S. Courthouse
1716 Spielbusch Avenue, Suite 485
Toledo, Ohio 43604
Zouhary_chambers@ohnd.uscourts.gov.

After completion of this Court's *in camera* review, a further Order will issue addressing whether, and if so under what circumstances or conditions, the records provided will be made available for review by counsel for the parties in this case.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

April 2, 2026