IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Caroline Tokar, et al.,

                  Plaintiffs,

        -vs-

Todd Corbin, et al.,

                  Defendants.

Case No. 3:24 CV 2255

ORDER REQUIRING PRODUCTION OF DOCUMENTS FROM OHIO ATTORNEY GENERAL AND BUREAU OF CRIMINAL INVESTIGATION

JUDGE JACK ZOUHARY

Plaintiffs Caroline Tokar, Joshua M. Dean, Samuel A. Dean, David A. Dean, Jacob A. Dean, Shannon L. Dean, and Stephanie M. Weeden ("Plaintiffs"), previously submitted a public records request to the Office of the Ohio Attorney General and Bureau of Criminal Investigation ("the State") on February 6, 2026. The State responded to that request on March 5, 2026, stating that "while specific investigatory work product may have expired for *this* defendant [Frederick Reer], it remains intact for others."  The response also states the Attorney General redacted and/or withheld certain information subject to the following:  Confidential Law Enforcement Investigatory Records (CLEIRs), pursuant to R.C. § 149.43(A)(1)(h) and 149.43(A)(2); *Cobb v. New Franklin Police Dep't*, 2020-Ohio-844 (Ct. of Cl.).

Following a review of the records produced in response to their request, Plaintiffs determined the majority of documents they understood to be part of the discovery and investigative file had been withheld from production, including relevant communications, telephone records, text messages, and witness interviews.

These requested records may be relevant to this pending civil action which involves the whereabouts of the late Amanda Dean and the Huron County Sheriff's Office's investigation and

response during the timeframe of July 2017.  This Court is mindful of the confidentiality concerns of the State to protect any ongoing law enforcement investigations.

To balance the needs and concerns, this Court will conduct an initial *in camera* review of the following records, which the Court directs the State to produce promptly to this Court for inspection:

- All discovery and information provided to the Defendant pursuant to Criminal Rule 16 in *State of Ohio v. Frederick Reer*, Huron County Court of Common Pleas Case No. CRI20240091.

- All records from the investigation into Frederick Reer, the disappearance of Amanda Dean, and the Huron County Sheriff's Department's response to the notice of Amanda Dean's disappearance.

If any of these records do not exist or otherwise are not produced as required by this Order, the State shall provide a written explanation.  For example, advising that certain records have been destroyed, the date destroyed, by whom and the reason.  Responses to this Order may be made to:

The Honorable Jack Zouhary
U.S. District Court – Northern District of Ohio
Ashley U.S. Courthouse
1716 Spielbusch Avenue, Suite 485
Toledo, Ohio 43604
Zouhary_chambers@ohnd.uscourts.gov

After completion of this Court's *in camera* review, a further Order will issue addressing whether, and if so under what circumstances or conditions, the records provided will be made available for review by counsel for the parties in this case.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

April 3, 2026

2